WELSBACH LIGHT CO. v. DAYLIGHT INCANDESCENT GAS–LAMP CO.
et al.

(Circuit Court, S. D. New York. November 21, 1899.)

PATENTS—SUIT FOR INFRINGEMENT—VIOLATION OF INJUNCTION.
    A corporation defendant, which, after the issuance of a restraining order
    in a suit for infringement, indirectly caused others to manufacture the in-
    fringing articles, and stamp them with its trade-mark, which were deliv-
    ered to it, and which it sold, although it gave no formal orders therefor,
    is guilty of contempt.

On Motion to Punish for Contempt for Violation of Restraining
Order.

John R. Bennett, for the motion.
Eugene Cohen and Julius Levy, opposed.

LACOMBE, Circuit Judge. A careful perusal and analysis of the
defendant's affidavits, taken in connection with the undisputed evi-
dence presented by complainant, has entirely satisfied me that defend-
ant has caused infringing mantles to be manufactured since the issu-
ing and since the modification of the restraining order. It may be
that no formal written or oral order was given, but its continued deal-
ing in mantles stamped with its trade-mark—a dealing which its of-
ficers evidently took occasion to make known in the proper quarters—
seems to have induced other parties, who otherwise would not have
done so, to stamp mantles with the name "Daylight," coat them
in infringement of the patent, and turn them over to defendant,
which apparently sold them to every chance bidder. There has been
a shifty effort at evasion of the court's order; but as the officers of
the company acted, as they say, under advice of counsel, they will
not be punished by personal imprisonment. The defendant corpora-
tion is fined $500,—one-half to the complainant, one-half to the United
States. The careful re-examination of the whole subject necessary
for the decision of this motion has satisfied the court that the com-
plainant is entitled to a broader injunction than that already issued.
It may therefore move in the several suits in which injunctions have
already been issued, upon four days' notice, for a modification of
each injunction so as to prohibit the sale of any mantles coated in in-
fringement of the patent, except such as shall be shown to have been
coated, and infringement thus committed, prior to the date of service
of the order enjoining such sale.